PLANNED PARENTHOOD OF NEW YORK CITY INC. v. NEW JERSEY, DEPARTMENT OF INSTITUTIONS & AGENCIES.

June 1, 1976. Petition for certification granted. (See 138 *N. J. Super.* 450)

RONALD W. HARRIS v.
NEW JERSEY STATE PAROLE BOARD.

June 1, 1976. Petition for certification denied.

JOHN J. JOHNSON v.
NEW JERSEY STATE PAROLE BOARD.

June 1, 1976. Petition for certification denied.

THE LATHROP COMPANY v.
RICHARDSON ENGINEERING COMPANY.

June 1, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. GARY HOFFMAN.

June 1, 1976. Petition for certification denied.